1 | Calvin R. House (SBN 134902)
calvin.house@gphlawyers.com
2 | Melanie O. Paulick (SBN 345761)
melanie.paulick@gphlawyers.com
3 | Gutierrez, Preciado & House, LLP
3020 East Colorado Boulevard
4 | Pasadena, California 91107
Tel.: (626) 449-2300 | Fax: (626) 449-2330
5
6 | Attorneys for Defendant,
LOS ANGELES COUNTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esroruleh Mohammad, | CASE NO. 2:22-cv-09256-FMO-RAOx |
| Plaintiff, | Assigned to Hon. Fernando M. Olguin |
| v. | **Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41** |
| Los Angeles County, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action.

Date: 07/06/23

Plaintiff Esroruleh Mohammad

Date: June 30, 2023

Gutierrez, Preciado & House, LLP

By: /s/ Melanie O. Paulick
Melanie O. Paulick
Attorneys for Defendant,
Los Angeles County

1

Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41

# CERTIFICATION OF SERVICE

I certify that on July 6, 2023, a true and correct copy of the attached **Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41** was served via CM/ECF on all participants of record, including the person(s) listed below, pursuant to Fed. R. Civ. P. 5.

*Plaintiff in Pro Per*
Dr. Esroruleh Mohammad
815 N. Altadena Drive
Pasadena, CA 91107

(510) 921-9339
emohammadphd@icloud.com

　　　/s/ Claudia Ramirez
　　　Claudia Ramirez